UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**INNOGENETICS N.V.,**
a Belgian Corporation,

          **Plaintiff,**

    v.                                      **Case No. 05-C-0575-C**

**ABBOTT LABORATORIES,**
an Illinois Corporation,

          **Defendant.**

---

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Innogenetics N.V. and Defendant Abbott Laboratories ("the parties"), by their undersigned counsel, hereby stipulate and agree that the above-entitled action, including all of the parties' claims and counterclaims, is dismissed in its entirety, with prejudice, and without costs or attorneys' fees to either party.

RESPECTFULLY SUBMITTED,

**Attorneys for Innogenetics N.V.**

By: ___/s/ John S. Skilton_____
    John S. Skilton
    Christopher G. Hanewicz,
    David L. Anstaett
    Heller Ehrman LLP
    One East Main Street, Suite 201
    Madison, WI 53703-5118
    Telephone: (608) 663-7460
    Facsimile: (608) 663-7499

    Shannon M. Bloodworth
    Heller Ehrman LLP
    1717 Rhode Island Avenue, NW
    Washington, D.C. 20036
    Telephone: (202) 912-2000
    Facsimile: (202) 912-2020

    Colin G. Sandercock
    Proskauer Rose LLP
    1001 Pennsylvania Avenue, NW
    Washington D.C. 20004
    Telephone: (202) 416-6800

**Attorneys for Abbott Laboratories**

By: __/s/ Adrian M. Pruetz_____
    Adrian M. Pruetz
    Erica J. Pruetz
    Pruetz Law Group LLP
    200 N. Sepulveda Blvd., Suite 1525
    El Segundo, CA 90245
    Telephone: (310) 765-7655
    Facsimile: (310) 765-7641

    Scott B. Kidman
    Quinn Emanuel Urquhart
    Oliver & Hedges LLP
    865 S. Figueroa, 10th Fl.
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100