IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

INNOGENETICS, N.V.

        Plaintiff,                    Case No. 05-C-0575-C

    v.

ABBOTT LABORATORIES,

        Defendant.

---

**INNOGENETICS, N.V.'S RESPONSE TO ORDER TO SHOW CAUSE CONCERNING THE UNSEALING OF CERTAIN CONFIDENTIAL DOCUMENTS**

---

Plaintiff Innogenetics, N.V. ("Innogenetics") hereby responds to the Court's July 17, 2009 Order to Show Cause concerning the unsealing of certain documents. During the course of the above-captioned litigation, and pursuant to the Protective Order entered by the Court on January 3, 2006 (Dkt. 13), Innogenetics' confidential research, development and commercial information was filed with the Court as part of expert reports, motions and exhibits thereto. In addition, the parties filed the deposition transcripts of several of Innogenetics' key scientists, executives and lawyers discussing extensively Innogenetics' proprietary scientific and business information. In the ordinary course of its business, Innogenetics makes significant efforts to keep such information confidential from competitors, customers and the public at large. Innogenetics believes that its confidential information submitted to the Court in this matter continues to have proprietary value and that disclosure may impair that value, or place Innogenetics at a competitive disadvantage. Accordingly, Innogenetics respectfully requests that the Court maintain the confidential Innogenetics information in the Court's file under seal.

-2-

Dated this 17th day of August, 2009. Respectfully submitted,

By: /s/ *David L. Anstaett*
John S. Skilton, SBN 1012794
Christopher G. Hanewicz, SBN 1034160
David L. Anstaett, SBN 1037884
Melody K. Glazer, SBN 1054204
PERKINS COIE LLP
One East Main Street Suite 201
Madison, WI 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499

Shannon M. Bloodworth
Colin G. Sandercock
PERKINS COIE LLP
607 Fourteenth Street N.W.
Washington, DC 20005-2003
Telephone: (202) 628-6600
Facsimile: (202) 434-1690