IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

INNOGENETICS N.V.,

                        Plaintiff,                                ORDER

v.

                                                                   05-cv-575-bbc

ABBOTT LABORATORIES,

                        Defendant.
_____

       Certain documents in this case were sealed pursuant to Federal Rules of Civil Procedure 26(c)(1)(G) because the documents included trade secrets or other confidential research, development or commercial information. On July 17, 2009, sometime after final judgment had been entered in the case and all appeals had been exhausted, I ordered the parties to show cause why the documents should remain sealed. In response to this order, the parties have made filings sufficient to convince me that the documents sealed under the existing protective order retain their confidential status and should remain under seal.

ORDER

       IT IS ORDERED that the parties have shown cause to continue the existing protective order in effect .

       Entered this 14th day of September, 2009.

                                          BY THE COURT:

                                          /s/
                                          _____
                                          STEPHEN L. CROCKER
                                          Magistrate Judge